# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Gregory P. Mango, | * | |
| | * | |
| Plaintiff, | * | **Case No. 1:21-cv-01290-JKB** |
| | * | |
| -against- | * | |
| | * | |
| Baltimore Jewish Life, LLC, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Gregory P. Mango and Baltimore Jewish Life, LLC (collectively, the "Parties"), by and through their undersigned counsel hereby notify the Court that the Parties have settled all claims between them in this matter and are in the process of documenting and performing their settlement.

The Parties respectfully request that the Court adjourn all deadlines and conferences, if any. The Parties anticipate filing a dismissal with prejudice within 45 days.

DATED: November 23, 2021                    Respectfully Submitted,

**SANDERS LAW GROUP**                    **GORDON FEINBLATT LLC**

By: _____*/s/ Craig B. Sanders*_____           By: */s/ Robert A. Gaumont*
Craig B. Sanders, Esq.                         Robert A. Gaumont
100 Garden City Plaza, Suite 500               1001 Fleet Street Suite 700
Garden City, NY 11530                          Baltimore MD 21202
Tel: (516) 203-7600                            410-576-4007 (Phone/Fax)
Email: csanders@sanderslaw.group               rgaumont@gfrlaw.com
*Attorneys for Plaintiff*                       *Attorneys for Defendant*